# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2024 KW 0481

VERSUS

JOHN NOEHL AND ANALISE NOEHL

**SEPTEMBER 3, 2024**

---

In Re:    State of Louisiana, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          DC-23-01215.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

EW
SMM

Greene, J., respectfully dissents and would grant the writ application. I find that the trial court abused its discretion in granting the motion to suppress statements. The subjective view of the detectives that the defendants were suspects, if undisclosed, has no bearing upon the question of whether the defendants were in custody for purposes of **Miranda v. Arizona**, 384 U.S. 436, 86 S.Ct. 1602, 16 L.Ed.2d 694 (1966). **State v. Joseph**, 2005-2169 (La. App. 1st Cir. 12/28/06), 2006 WL 3813708, *8 (unpublished), writ denied, 2007-0273 (La. 10/5/07), 964 So.2d 384. The defendants voluntarily entered the hospital room for questioning and their freedom of movement was not restricted in any manner. See **Joseph**, 2006 WL 3813708 at *9. Thus, I would find they were not in custody at the time of the statements at issue.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT